**Order entered August 17, 2018**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-00769-CV

**CHRISTOPHER EDGAR, BRYAN EDGAR, GARRY EDGAR, KYLE BEBEE, JUSTIN TRIAL, AND CLEAR FORK WIRELINE LLC, Appellants**

**V.**

**INTEGRITY WIRELINE AND OILFIELD SERVICES, LLC, INTEGRITY WIRELINE HOLDINGS, LLC, STEVEN SMATHERS, AND JAMES E. SOWELL, Appellees**

**On Appeal from the 162nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-17-14239**

## ORDER

Before the Court is appellants' August 16, 2018 agreed motion to extend time to file brief. We **GRANT** the motion and **ORDER** appellants' brief be filed no later than September 19, 2018 and appellees' brief be filed no later than October 19, 2018. Because this is an accelerated appeal, we caution that further extension requests by any party will be disfavored.

/s/      DAVID EVANS
         JUSTICE